Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey T Selvage**
**Charity J Selvage**
  Debtor(s)

Bankruptcy Case No.: 14–70113–JAD
Doc. No. 56
Chapter: 13
Docket No.: 57 – 56
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **December 4, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **December 18, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 18, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey T Selvage
Charity J Selvage
    Debtors

Case No. 14-70113-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 2      Date Rcvd: Oct 18, 2017
                        Form ID: 410     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
```
db/jdb         +Jeffrey T Selvage,    Charity J Selvage,    702 Martin Street,    Clearfield, PA 16830-1340
13803315       +Aes/Pheaa-Keycon,    1200 N 7th St,    Harrisburg, PA 17102-1419
13803316      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America, N.A.,      4161 Piedmont Pkwy,    Greensboro, NC 27410)
13859224       +BANK OF AMERICA,N.A,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY,CA 93065-6414
13886686       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13803317      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,      Po Box 85520,    Richmond, VA 23285)
13803318        CBCS,    P.O. Box 165025,    Columbus, OH 43216
13869240        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13803319       +Clearfield Hospital,    P.O. Box 992,    Clearfield, PA 16830-0992
13803320       +Comenity Bank/Vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
13803321       +DuBois Radiologists, Inc.,    28 East Scribner Avenue,    P.O. Box 1106,    Du Bois, PA 15801-0906
13803322       +DuBois Regional Medical Center,    P.O. Box 447,    Du Bois, PA 15801-0447
14113252        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13803323       +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
13803324       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13803326       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13803329       +Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
14115760       +LSF9 Master Participation Trust, servicer,    for Caliber Home Loans, Inc.,
                 CALIBER HOME LOANS, INC.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13847254       +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13831880       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13803333       +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13803334       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13831646       +Sallie Mae Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13809802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 01:24:15
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13803325       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 19 2017 01:16:43     First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
13803327       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:08     GE Capital Retail Bank,
                 P.O. Box 530912,    Atlanta, GA 30353-0912
13803328       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:35     Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13803330        E-mail/Text: camanagement@mtb.com Oct 19 2017 01:16:52     M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
13803331       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2017 01:17:25     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14381447        E-mail/Text: peritus@ebn.phinsolutions.com Oct 19 2017 01:18:19
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
13856766        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:46:34
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13803335       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:30
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13820818        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2017 01:16:56
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13803336       +E-mail/Text: bankruptcy@remitcorp.com Oct 19 2017 01:17:28     Remit Corp,    36 W Main St,
                 Bloomsburg, PA 17815-1703
13803337       +E-mail/PDF: pa_dc_claims@navient.com Oct 19 2017 01:24:11     Sallie Mae,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
13803338       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:35     Walmart Discover/GECRB,
                 P.O. Box 960024,    Orlando, FL 32896-0024
                                                                                             TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A.
cr              LSF9 Master Participation Trust
cr              LSF9 Master Participation Trust, et. al.
cr              LSF9 Master Participation Trust, servicer for Cali
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
```

```
District/off: 0315-7           User: msch              Page 2 of 2             Date Rcvd: Oct 18, 2017
                               Form ID: 410            Total Noticed: 36

13803332     ##+PA Collection Service,   P.O. Box 893,   Washington, PA 15301-0893
                                                                                        TOTALS: 5, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Chrisovalanate P. Fliakos    on behalf of Creditor    LSF9 Master Participation Trust, servicer for
               Caliber Home Loans, Inc. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust, et. al.
               jschalk@barley.com,    sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth P. Seitz    on behalf of Joint Debtor Charity J Selvage thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Jeffrey T Selvage thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10