**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEFFREY T SELVAGE
    CHARITY J SELVAGE
        Debtor(s)

  Ronda J. Winnecour
      Movant
    vs.
  No Repondents.

Case No.:14-70113 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/28/2014 and confirmed on 04/21/2014 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,772.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,772.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 1,314.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,814.91 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CALIBER HOME LOANS | 0.00 | 19,947.22 | 0.00 | 19,947.22 |
|   Acct: XXXXXXXXX3/14 | | | | |
| BANK OF AMERICA** | 881.12 | 881.12 | 0.00 | 881.12 |
|   Acct: 4761 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4761 | | | | |
| CALIBER HOME LOANS | 11,135.99 | 3,217.98 | 0.00 | 3,217.98 |
|   Acct: XXXXXXXXX2/14 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4761 | | | | |
| PERITUS PORTFOLIO SERVICES II LLC | 4,529.80 | 4,330.03 | 580.74 | 4,910.77 |
|   Acct: 3284 | | | | |
| | | | | 28,957.09 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JEFFREY T SELVAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4761 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 44,623.20 | 0.00 | 0.00 | 0.00 |
| Acct: 1330 | | | | |
| CAPITAL ONE BANK NA** | 2,456.94 | 0.00 | 0.00 | 0.00 |
| Acct: 3354 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 805.40 | 0.00 | 0.00 | 0.00 |
| Acct: 4346 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9490 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 530.33 | 0.00 | 0.00 | 0.00 |
| Acct: 7879 | | | | |
| DUBOIS RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2130 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX7883 | | | | |
| US DEPARTMENT OF EDUCATION | 49,281.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1772 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0002 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0001 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0821 | | | | |
| WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX3528 | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8127 | | | | |
| M & T BANK | 2,049.25 | 0.00 | 0.00 | 0.00 |
| Acct: 3207 | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI | 688.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4346 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX6944 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX6944 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2248 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2248 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2248 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0680 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5357 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3312 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2551 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0898 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1878 | | | | |

| 14-70113 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX0027 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 310.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 0640 | | | | |
|   REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX1135 | | | | |
|   REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX5666 | | | | |
|   REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX4057 | | | | |
|   ECMC(*) | 27,288.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 1772 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 457.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 3528 | | | | |
|   ANDREW L SPIVACK ESQ FOR JOSEPH P | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 28,957.09 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        16,546.91
UNSECURED     128,491.38

Date: 02/16/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com